

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG/AL:ljm
F.#2011R00006

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 24, 2011

First Class Mail and ECF

Gerald J. McMahon, Esq.
26 Broadway, 18th Fl.
New York, NY 10004-3101

      Re:  United States v. Neil Messina
            Criminal Docket No. 11-0031 (KAM)

Dear Mr. McMahon:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

    1.    Statements of the Defendant

      Enclosed is a redacted copy of a report, the non-redacted portions of which detail certain pedigree information provided by the defendant on the date of his arrest.

    2.    The Defendant's Criminal History

      A copy of a report detailing the defendant's criminal history is also enclosed.

Gerald J. McMahon, Esq.
Page 2

3. <u>Documents and Objects</u>

Please find enclosed a draft transcript stipulation. Following the government's receipt of a signed stipulation, counsel will be able to obtain available transcripts related to the consensual recordings referenced in the discovery letter dated January 31, 2011.

If you have further questions or requests, please do not hesitate to contact us.

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By: _____
    Elizabeth A. Geddes
    Allon Lifshitz
    Assistant U.S. Attorneys
    (718) 254-6430
    (718) 254-6164

Enclosures

cc:  Clerk of Court (KAM)
    (without enclosures)