EAG:AL
F.#2011R00006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

NEIL MESSINA, et al.,

    Defendants.

- - - - - - - - - - - - - - - - X

LIMITED
UNSEALING
ORDER

Cr. No. 11-31 (KAM)

    Application having been made on behalf of the UNITED STATES OF AMERICA, by Assistant United States Attorneys Elizabeth A. Geddes and Allon Lifshitz for an Order authorizing the government to disclose all orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications to defense counsel in the above-captioned matter, and full consideration having been given to the matters set forth therein,

    IT IS HEREBY ORDERED that the government may furnish copies of the orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and

affidavits, and intercepted communications to defense counsel in the above-captioned matter:

| Date of Authorization (Judge/Court) | Facility Intercepted |
|---|---|
| April 2, 2010 (Hon. Allyne R. Ross) | Intercepted Wire Communications to and from Mobile Telephone Number 917-903-4664, with Electronic Serial Number A0-000015-870453 |
| May 4, 2010 (Hon. Allyne R. Ross) | Intercepted Wire Communications to and from Mobile Telephone Number 917-903-4664, with Electronic Serial Number A0-000015-870453 |

IT IS FURTHER ORDERED that the original orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications shall remain sealed, and no further disclosure of any of such orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications shall be made by any person without authorization of a judge of competent jurisdiction.

Dated: Brooklyn, New York
       February 25, 2011

THE HONORABLE KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK