

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:AL
F.#2011R00006

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

February 25, 2011

By ECF

| Vincent J. Romano, Esq. | Gerald J. McMahon, Esq. |
| 9201 4th Avenue, Suite 704 | 26 Broadway, 18th Floor |
| Brooklyn, NY 11209 | New York, NY 10004 |

| Jack A. Addesso, Esq. | Steve Zissou, Esq. |
| 153 Stevens Ave. | 42-40 Bell Blvd., Suite 302 |
| Mt. Vernon, NY 10550 | Bayside, NY 11361 |

Elizabeth E. Macedonio, Esq.
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

Re:  United States v. Neil Messina, et al.
     Criminal Docket No. 11 CR 31 (KAM)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

The following items will be available at DupeCoop shortly after the date of this letter.  You may obtain these materials by contacting John Palermo at (973) 895-1359.

| Ex. | Description |
|---|---|
| 946 | Order Authorizing the Interception of Wire Communications Occurring to and from Mobile Telephone Number 917-903-4664, with Electronic Serial Number A0-000015-870453, dated April 2, 2010, and related documents |
| 947 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Wire Communications Occurring to and from Mobile Telephone Number 917-903-4664, with Electronic Serial Number A0-000015-870453, dated April 2, 2010 |

| Ex. | Description |
|-----|-------------|
| 948 | Order Authorizing the Interception of Wire Communications Occurring to and from Mobile Telephone Number 917-903-4664, with Electronic Serial Number A0-000015-870453, dated May 4, 2010, and related documents |
| 949 | Compact disk containing recordings made pursuant to Order Authorizing the Interception of Wire Communications Occurring to and from Mobile Telephone Number 917-903-4664, with Electronic Serial Number A0-000015-870453, dated May 4, 2010 |
| 950 | Sealing Application and Sealing Order relating to the April 2, 2010 and May 4, 2010 Orders Authorizing the Interception of Wire Communications Occurring to and from Mobile Telephone Number 917-903-4664, with Electronic Serial Number A0-000015-870453, dated May 26, 2010 |
| 951 | Crime-scene photographs relating to the August 17, 1992 murder of Joseph Pistone |
| 952 | Report of Autopsy performed on Joseph Pistone on August 19, 1992 by Office of Chief Medical Examiner, City of New York |

In addition, the following physical evidence was recovered in connection with the August 17, 1992 murder of Joseph Pistone, from the scene of the murder:

- Two zipper bags;
- One holster (brown) cobra;
- One holster (black) cobra;
- Two rubber gloves;
- Seven packs of candy;
- Seventeen plastic ties; and

                                                                    3

- One spent round recovered from Pistone's body.

      If you have further questions or requests, please do not hesitate to contact us.

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                By:      /s/
                              Elizabeth A. Geddes
                              Allon Lifshitz
                              Assistant U.S. Attorneys
                              (718) 254-6430
                              (718) 254-6164

cc:  Clerk of Court (KAM)