EAG/AL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

NEIL MESSINA, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - -X

PROPOSED ORDER

Cr. No. 11-31 (SLT)

    Upon the February 7, 2011 application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Elizabeth Geddes and Allon Lifshitz,

    IT IS HEREBY ORDERED that the compact discs and video digital recordings containing consensual recordings that were made available [kam] ~~disclosed~~ to the defendants in the above-captioned case, ~~in a~~ by the government's letter dated January 31, 2011, may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff;

IT IS FURTHER ORDERED that these recordings and any copies made of these recordings be returned to the government at the conclusion of this case.

Dated:   Brooklyn, New York
         February 25, 2011

```
                              _____
                              THE HONORABLE Kiyo A. Matsumoto
                              UNITED STATES DISTRICT JUDGE
                              EASTERN DISTRICT OF NEW YORK
```

2