# GERALD J. MCMAHON
ATTORNEY AT LAW

THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

March 2, 2011

<u>By ECF & Hand</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Neil Messina, et al.</u>
     11 Cr. 31 (KAM)

Dear Judge Matsumoto:

  In response to the Order of the Court, docketed February 25, 2011, and to avoid the appearance of (defense) "judge shopping", defendant Neil Messina does wish this Court to consider his motion (docket # 29) objecting to the assignment of this case as related to *United States v. Russo*, 11 Cr. 30 (KAM).

           Very truly yours,

           Gerald J. McMahon

GJM:cw
cc: All Counsel
  (by ECF)

lt81