

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:AL
F.#2011R00006

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

April 7, 2011

By ECF

Vincent J. Romano, Esq.
9201 4th Avenue, Suite 704
Brooklyn, NY 11209

Gerald J. McMahon, Esq.
26 Broadway, 18th Floor
New York, NY 10004

Jack A. Addesso, Esq.
153 Stevens Ave.
Mt. Vernon, NY 10550

Steve Zissou, Esq.
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

Elizabeth E. Macedonio, Esq.
42-40 Bell Blvd., Suite 302
Bayside, NY 11361

      Re:  United States v. Neil Messina, et al.
           Criminal Docket No. 11 CR 31 (KAM)

Dear Counsel:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

     The following items will be available at DupeCoop shortly after the date of this letter.  You may obtain these items by contacting John Palermo at (973) 895-1359.

| Ex. | Description |
|---|---|
| 953 | Copy of compact disk labeled "N. Messina Contacts" seized from Neil Messina's home on January 20, 2011. |
| 954 | Copy of card provided to CW-4 on or about February 5, 2010. |

If you have further questions or requests, please do not hesitate to contact us.

>Very truly yours,
>
>LORETTA E. LYNCH
>United States Attorney
>
>By: _____/s/_____
>Elizabeth A. Geddes
>Allon Lifshitz
>Assistant U.S. Attorneys
>(718) 254-6430
>(718) 254-6164

cc: Clerk of Court (KAM)