

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EAG:AL
F.#2011R00006

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 24, 2011

By ECF and Federal Express

Gerald J. McMahon, Esq.
26 Broadway
18th Floor
New York, New York 10004

    Re:  United States v. Neil Messina
          Criminal Docket No. 11 CR 31 (KAM)

Dear Mr. McMahon:

    On August 10, 2011, the government produced a redacted copy of the New York City Police Department file regarding the August 17, 1992 murder of Joseph Pistone (the "Pistone Homicide File"), as provided to this Office. In addition, the government advised you that the Pistone Homicide File contained one document that was too large to photocopy, but which would be available to you for inspection. The government has recently obtained a photocopy of that document, and the photocopy is enclosed.

    If you have further questions or requests, please do not hesitate to contact us.

                           Very truly yours,

                           LORETTA E. LYNCH
                         United States Attorney

               By:      /s/
                     Elizabeth A. Geddes
                     Allon Lifshitz
                     Assistant U.S. Attorneys
                     (718) 254-6430/6164

Enclosure

cc:  Clerk of Court (KAM) (by ECF) (w/o enclosures)
     Vincent J. Romano, Esq. (by ECF) (w/o enclosures)