**GERALD J. MCMAHON**
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

September 20, 2011

By ECF & Hand

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Neil Messina, et al.
        11 Cr. 31 (KAM)

Dear Judge Matsumoto:

    This letter is to request that defendant Neil Messina's bail conditions be modified **on consent** to allow him to visit his mother, Antoinette Messina, at the Norwegian Christian Home & Health Center, 1270 67th Street, Brooklyn, New York on Thursday, September 22, 2011, from 12 noon to 3 p.m. The government, by Assistant United States Attorney Allon Lifshitz, and Pretrial Services Officer Leo Barrios, who is supervising defendant Messina, consent to this request.

Very truly yours,

*/s/ Gerald J. McMahon*

Gerald J. McMahon

GJM:cw
cc: Allon Lifshitz, Esq.
    EDNY Monitoring Unit
    SDNY PTS Officer Leo Barrios
       (By email)
lt138a