GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapai Williams

November 29, 2011

By ECF & Hand

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Neil Messina, et al.
11 Cr. 31 (KAM)

Dear Judge Matsumoto:

This letter is to request that defendant Neil Messina's bail conditions be modified **on consent** to allow him to visit his mother at Lutheran Hospital in Brooklyn, NY on Thursday, December 1 and 8, 2011 from 10:30 a.m. to 4:30 p.m. (including travel time). The government, by Assistant United States Attorney Allon Lifshitz, and Pretrial Services Officer Leo Barrios, who is supervising defendant Messina, consent to this request.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: Allon Lifshitz, Esq.
    EDNY Monitoring Unit
    SDNY PTS Officer Leo Barrios
        (By email)

lt138a