GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

December 1, 2011

By ECF & Hand

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Neil Messina, et al.
          11 Cr. 31 (KAM)

Dear Judge Matsumoto:

    This letter is to request a one business day extension of time, from Friday, December 2, 2011 to Monday, December 5, 2011, to file defendant Messina's motion for omnibus relief. The government, by Assistant United States Attorney Allon Lifshitz, consents to this request.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: All Counsel
      (by ECF)

lt81