**Gerald J. McMahon, Esq.**
The Standard Oil Building
26 Broadway, 18th Floor
New York, New York 10004
212.797.1877
gm@geraldjmcmahon.com

January 2, 2012

<u>By ECF & Hand</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Neil Messina, et al.</u>
           11 Cr. 31 (KAM)

Dear Judge Matsumoto:

      I write on behalf of defendant Neil Messina seeking clarification of the Court's order entered at 9:06 p.m. on December 29, 2011. Defendant had sought, *inter alia*, leave to visit his mother at Lutheran Hospital in Brooklyn on four Thursday from 10:30 a.m. to **4:30 p.m.** including travel time. Because the normal travel time from New Rochelle to Brooklyn, factoring in traffic, is ninety minutes, defendant had always sought – and the government and Pretrial Services had always agreed – to that time frame so that Mr. Messina had more than 60 minutes to spend with his mother. Your Honor's order shortened the time frame from 4:30 p.m. to 2:30 p.m., and we seek confirmation as to whether that was a clerical error, or intended.

                                    Very truly yours,

                                      /s/    *Gerald J. McMahon*
                                              Gerald J. McMahon

GJM:cw
cc: All Counsel
      (by ECF)