UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,            :

                                                                                    11 Cr. 31 (KAM)

        -against-            :            **DECLARATION OF**
                                                                              **GERALD J. McMAHON**

NEIL MESSINA, et al.,            :

               Defendants.            :

-------------------------------------------------------x

       GERALD J. McMAHON, pursuant to Title 28, United States Code, ¶ 1746, hereby declares under penalty of perjury:

       1. I am the attorney of record for defendant Neil Messina.

       2. Appended hereto as Exhibit A are affidavits from the six suretors who signed the personal recognizance bond on behalf of defendant, evidencing their consent to the enlargement and modification of his bail conditions.

       Executed on January 4, 2012.

                                                                                  Gerald J. McMahon

cc: All Counsel
     (By ECF)

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,  :  11 Cr. 31 (KAM)

    -against-  :  **SURETY AFFIDAVIT**

NEIL MESSINA,  :

    Defendant.  :

-------------------------------------------------------x

STATE OF _New York_ )
                                     ss.:
COUNTY OF _Brooklyn_ )

JOHN MESSINA, being duly sworn, deposes and say:

1. I am a suretor on behalf of Neil Messina in the above-entitled matter.

2. I hereby consent to any modification or enlargement of defendant's bail conditions to allow him to visit my wife, Antoinette Messina, on any date, for any period of time, and at any location.

                                                                    _/s/ John Messina_
                                                                             John Messina

Sworn to before me this the
_3_ day of _January_, 201_2_

_/s/ Lawrence Brody_
Notary Public

                                  LAWRENCE BRODY
                             NOTARY PUBLIC, STATE OF NEW YORK
                                    NO. 01BR6064914
                                QUALIFIED IN NASSAU COUNTY
                         COMMISSION EXPIRES OCTOBER 01, 20_13_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   11 Cr. 31 (KAM)

    -against-  :   **SURETY AFFIDAVIT**

NEIL MESSINA,  :

    Defendant.  :

------------------------------------------------------------x

STATE OF *NEW YORK*  )
                               ) ss.:
COUNTY OF *BROOKLYN*  )

ANTOINETTE MESSINA, being duly sworn, deposes and say:

1. I am a suretor on behalf of Neil Messina in the above-entitled matter.

2. I hereby consent to any modification or enlargement of defendant's bail conditions to allow him to visit me, on any date, for any period of time, and at any location.

                                            */s/ Antoinette Messina*
                                            Antoinette Messina

Sworn to before me this the
*3* day of *January*, 201*2*

*/s/ Lawrence Brody*
Notary Public

LAWRENCE BRODY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01BR6064914
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES OCTOBER 04, 20*13*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,              :       11 Cr. 31 (KAM)

    -against-                                          :
                                                                **SURETY AFFIDAVIT**

NEIL MESSINA,                                    :

    Defendant.                                       :

------------------------------------------------------x

STATE OF New York )
                             ) ss.:
COUNTY OF New York )

JOHN MESSINA, being duly sworn, deposes and say:

1. I am a suretor on behalf of Neil Messina in the above-entitled matter.

2. I hereby consent to any modification or enlargement of defendant's bail conditions to allow him to visit our mother, Antoinette Messina, on any date, for any period of time, and at any location.

                                                                          John Messina

Sworn to before me this the
3rd day of January, 2012

Myrian Janet Colon
    Notary Public

MYRIAN JANET COLON
NOTARY PUBLIC, State of New York
No.01CO6195566
Qualified in Queens County
Term Expires October 27, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

UNITED STATES OF AMERICA,   :   11 Cr. 31 (KAM)

    -against-   :

                  **SURETY AFFIDAVIT**

NEIL MESSINA,   :

    Defendant.   :

----------------------------------------x

STATE OF _WASHINGTON_ )
                        ss.:
COUNTY OF _KING_ )

CATHERINE A. MESSINA, being duly sworn, deposes and say:

1. I am a suretor on behalf of Neil Messina in the above-entitled matter.

2. I hereby consent to any modification or enlargement of defendant's bail conditions to allow him to visit our mother, Antoinette Messina, on any date, for any period of time, and at any location.

                                                  _____
                                                  Catherine A. Messina

Sworn to before me this the
_31_ day of _DEC_, 201_1_

_____
Notary Public

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA, : 11 Cr. 31 (KAM)

    -against- : **SURETY AFFIDAVIT**

NEIL MESSINA, :

    Defendant. :

------------------------------------------------------x

STATE OF New York )
                            ) ss.:
COUNTY OF New York )

SALVATORE SALVAGGIO, being duly sworn, deposes and say:

1. I am a suretor on behalf of Neil Messina in the above-entitled matter.

2. I hereby consent to any modification or enlargement of defendant's bail conditions to allow him to visit his mother, Antoinette Messina, on any date, for any period of time, and at any location.

                                                        _____
                                                        Salvatore Salvaggio

Sworn to before me this the
3RD day of January, 2012

_Myrian Janet Colon_
Notary Public
MYRIAN JANET COLON
NOTARY PUBLIC, State of New York
No.01CO6195566
Qualified in Queens County
Term Expires October 27, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                    11 Cr. 31 (KAM)

-against-

**SURETY AFFIDAVIT**

NEIL MESSINA,

Defendant.
-----------------------------------------------------------x

STATE OF __NY__ )
                ) ss.:
COUNTY OF __Rockland__ )

MARYANN CAFARO, being duly sworn, deposes and say:

1. I am a suretor on behalf of Neil Messina in the above-entitled matter.

2. I hereby consent to any modification or enlargement of defendant's bail conditions to allow him to visit his mother, Antoinette Messina, on any date, for any period of time, and at any location.

_____
Maryann Cataro

Sworn to before me this the
3 day of January, 2012.

_____
Notary Public

JENNA RIFFLARD
Notary Public - State of New York
NO. 01RI6207746
Qualified in Rockland County
My Commission Expires 10/15/13