UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

NICOLO VALENTI, et., al

                      Defendants.

-----------------------------------------------------------x

**ORDER**

11Cr. 31 (KAM)

    Upon the joint application of CJA counsel in this matter, and good cause having been shown, it is hereby

    **ORDERED**, that because of the amount of time expended in this case, the volume of discovery, and the anticipated hardship on counsel in undertaking representation for such a period without compensation, pursuant to paragraph 2.30B of the Guidelines for the Administration of the Criminal Justice Act, counsel may submit to this Court, interim CJA forms for payment. All interim vouchers shall be supported by detailed and itemized time and expense statements and shall include a minimum of a thirty day period.

                              **SO ORDERED**

                                   s/KAM

                              _____
                              Honorable Kiyo A. Matsumoto
                              United States District Judge

Dated: Brooklyn, New York
       January 5, 2012