# VINCENT J. ROMANO
## ATTORNEY AT LAW
**9201 4ᵀᴴ AVENUE, SUITE 704**
**BROOKLYN, NEW YORK 11209**

-----------

**(718) 852-5200**

January 19, 2012

Honorable Kiyo A. Matsumoto
U.S. District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Neil Messina, et. al.
        Criminal Docket No. 11-CR-31(KAM)

Dear Judge Matsumoto:

  Please note that Neil Messina is requesting a modification of his bail conditions so that he may be permitted to see his mother at Lutheran Hospital on Friday, January 20, 2012 from 10:30 a.m. to 4:30 p.m. including travel time.

  Mr. Messina's mother is having a shunt placed in her cranium in order to relieve water pressure on her brain. My client would like to be in the hospital with his family to speak with the doctors and to be present if any family decisions are required.

  Additionally, AUSA Allon Lifshitz and Pre-Trial Services both consent to the above modification.

  Thank you very much for your time and consideration.

                Respectfully submitted,

                Vincent J. Romano

VJR/mr
cc: AUSA Allon Lifshitz