**GERALD J. MCMAHON**
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

March 20, 2012

By ECF & Hand

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Neil Messina, et al.
            11 Cr. 31 (KAM)

Dear Judge Matsumoto:

      This letter is to request that defendant Neil Messina's bail conditions be modified *on consent* as follows:

Visits to Ailing Mother
      Defendant requests permission to visit his ailing mother at her home at 9102 Colonial Road, Apt. 6B, Brooklyn, New York on the following three (3) Thursdays, March 29, April 5 and 12, 2012, from 10:30 a.m. to 4:30 p.m. (including travel time).

      This coming Thursday, March 22, 2012, defendant requests permission to be out of house from 10 a.m. to 6 p.m. to accompany his mother at a scheduled 1 p.m. spinal tap at NYU Medical Center in Manhattan, and at the 11 a.m. pre-testing and approximately 3 p.m, post-testing at the office of Dr. James B. Golomb, 317 E. 34th Street, Suite 1002, New York, New York 10016, which is across the street from the NYU Medical Center.

Attendance at Sunday Mass
      Defendant requests permission to be out of his house on Sundays from 11:45 a.m. to 1:45 p.m., to attend the 12:10 p.m. Mass at Blessed Sacrament Church, 15 Shea Place, New Rochelle, New York.

      The government, by Assistant United States Attorney Amanda Hector, and

GERALD J. MCMAHON

The Honorable Kiyo A. Matsumoto
United States District Judge
March 20, 2012
Page Two


Pretrial Services, by PTS Officer Leo Barrios, consent to this request.

Very truly yours,

Gerald J. McMahon

GJM:cw
cc: AUSA Amanda Hector
    EDNY Monitoring Unit
    SDNY PTS Officer Leo Barrios
        (By email)

lt138a