

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

TM/AH
F.#2011R00006

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 17, 2011

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: United States v. Neil Messina
           Criminal Docket No. 11-31 (KAM)

Dear Judge Matsumoto:

      The government respectfully submits this letter to inform the Court that it still anticipates that it will present a superseding indictment to the Grand Jury well in advance of trial.

                              Sincerely,

                              LORETTA E. LYNCH
                              United States Attorney

            By:         /S/
                              Amanda Hector
                              Allon Lifshitz
                              Assistant U.S. Attorneys
                              (718) 254-6212/6164