GERALD J. MCMAHON
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

June 11, 2012

By ECF & Hand

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Neil Messina, et al.
11 Cr. 31 (KAM)

Dear Judge Matsumoto:

This letter is to request that defendant Neil Messina's bail conditions be modified
to allow him to visit his ailing and elderly (80 years old) mother at her home at 9102 Colonial
Road, Apt. 6B, Brooklyn, New York on the following two (2) Thursdays, June 14 and 21,
2012, from 11:00 a.m. to 4:00 p.m. (including travel time). Mrs. Messina has written a letter
to the Court describing her poor health and the difficulty she has in traveling because of
"limitations of movement". Mindful that Mr. Messina has been fully compliant with all bail
conditions since his arrest more than a year ago, we urge Your Honor to grant this modest
request. The government and pretrial services do not consent.

Very truly yours,

Gerald J. McMahon

GJM:cw
Enclosure
cc: AUSA Allon Lifshitz
    SDNY PTS Officer Leo Barrios
        (By email)
lt138a

9102 Colonial Rd. - 6B
Brooklyn, N.Y. 11209-6156
May 24, 2012
Phone # 1-719-833-0654

Honorable Judge Masomoto,

I am writing this letter directly to you regarding my son Neil Messina who is currently under house arrest. He was allowed to come to see me because I am dealing with many health problems. I have for the last year and a half gone from hospitals and nursing homes - from wheelchair to special therapist care and home health aides. The hospitals to which I have gone include Lutheran Medical and N.Y.U. in N.Y.C. for the most recent surgery for water on the brain for which I am now recuperating.

It is difficult for me to travel and I am requesting that my son be given permission to visit with me once a week please. I am 80 years old and have limitation of movement. Your consideration will be very appreciated.

Yours Very Truly
Antoinette S. Messina