**GERALD J. MCMAHON**
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

June 26, 2012

By ECF & Hand

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Neil Messina, et al.
        11 Cr. 31 (KAM)

Dear Judge Matsumoto:

    This letter is to request that defendant Neil Messina's bail conditions be modified to allow him to visit his ailing and elderly (80 years old) mother at her home at 9102 Colonial Road, Apt. 6B, Brooklyn, New York on the following two (2) **Thursdays, June 28 and July 12, 2012** (Mr. Messina is having surgery on Thursday, July 5th), **from 11:00 a.m. to 4:00 p.m. (including travel time)**. Mrs. Messina has recently written a letter to the Court describing her poor health and the difficulty she has in traveling because of "limitations of movement". Mindful that Mr. Messina has been fully compliant with all bail conditions since his arrest more than a year ago, we urge Your Honor to grant this modest request. The government and pretrial services do not consent.

Very truly yours,

*[signature]*

Gerald J. McMahon

GJM:cw
Enclosure
cc: AUSA Allon Lifshitz
    SDNY PTS Officer Leo Barrios
        (By email)

lt138a