**GERALD J. MCMAHON**
ATTORNEY AT LAW
THE STANDARD OIL BUILDING
26 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10004

(212) 797-1877 (TEL)
(212) 797-1419 (FAX)
gm@geraldjmcmahon.com (E-MAIL)

WEBSITE
www.geraldjmcmahon.com

LEGAL ASSISTANT
Cassandra Lapal Williams

August 7, 2012

By ECF & Hand

The Honorable Kiyo A. Matsumoto
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Neil Messina, et al.
       11 Cr. 31 (KAM)

Dear Judge Matsumoto:

    This letter is to request that defendant Neil Messina's bail conditions be modified to allow him to visit his ailing and elderly (80 years old) mother at her home at 9102 Colonial Road, Apt. 6B, Brooklyn, New York on the following two **Thursdays, August 9, 2012 and August 16, 2012 from 11:00 a.m. to 4:00 p.m. (including travel time)**.

    As your honor has requested, I have attached a letter from Mrs. Messina's doctor describing her poor health and the difficulty ambulating outside.

                              Very truly yours,

                              Gerald J. McMahon

GJM:cw
Enclosure
cc: AUSA Allon Lifshitz
    SDNY PTS Officer Leo Barrios
       (By email)
lt138a

REC'D AUG - 6 2012

# BAY RIDGE FOURTH AVENUE MEDICAL ASSOCIATES, P.C.

648 Bay Ridge Parkway
Brooklyn, NY 11209
Tel: (718) 748-8282
Fax: (718) 836-8113

August 6, 2012

To Whom It May Concern:

Antoinette Messina is an 80 year old female patient who is under my care for normal pressure hydrocephalus (NPH), mild dementia, gait disturbance and atrial fibrillation. Due to her medical conditions, Antoinette is homebound and I make home visits to monitor her health.

Antoinette had undergone surgery for NPH in April, 2012 and is still having difficulty ambulating outside. Antoinette is receiving home physical therapy to help her recover. Her son, Neil, makes weekly visits to her home and she looks forward to his visits. These visits are an important part of her recovery.

It would be beneficial for Mrs. Messina to continue to receive weekly visits from Neil to help in her recovery.

Sincerely,

Corinne Kokolis, RPAC

Jeffrey J. Basti, M.D.

CK/lat