

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TM:AL/AH                              *271 Cadman Plaza East*
F.#2011R00006                         *Brooklyn, New York  11201*

August 7, 2012

By Hand Delivery and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Neil Messina
          Criminal Docket No. 11-31 (KAM)

Dear Judge Matsumoto:

       The government respectfully submits this letter
regarding the above-captioned case, in which jury selection is
currently scheduled for September 24, 2012, and trial is
scheduled to begin on October 1, 2012.  The government
respectfully requests a brief adjournment of the time to file
certain pre-trial materials.  Specifically, the government
requests that the Court permit it to file the items listed under
No. 5 of the Court's Criminal Pretrial Scheduling Order, which
includes a statement of the case, list of exhibits, list of
witnesses, proposed jury instructions, and other items, by August
24, 2012, one month prior to the start of jury selection.  See
Docket Entry No. 165.

       This requested relief will avoid the need to burden the
Court and waste judicial resources with submissions that will
become moot upon the return of a superseding indictment.  As the
Court is aware, the government intended to present a superseding
indictment in this case to the grand jury this week, but delayed
such presentation after consultation with Gerald J. McMahon,

2

Esq., counsel to the defendant, and a determination that such
delay was in the interests of justice.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:    _____/s/_____
       Allon Lifshitz
       Amanda Hector
       Assistant U.S. Attorneys
       (718)254-6164/6212


cc:  Gerald J. McMahon, Esq. (by ECF)
     Clerk of the Court (KAM) (by ECF)