

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EAG:AL/AH                                    *271 Cadman Plaza East*
F.#2011R00006                                *Brooklyn, New York  11201*

August 8, 2012

<u>By Hand Delivery and ECF</u>

The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Neil Messina
          <u>Criminal Docket No. 11-31 (KAM)</u>

Dear Judge Matsumoto:

      The government respectfully submits this letter in opposition to the defendant's supplemental letter in support of his request for modification of his bond.  (Ltr. from Gerald J. McMahon, Esq. to Court, dated August 7, 2012 (Docket Entry No. 185).)

      For the reasons set forth in the government's letters dated June 9, 2011 (Docket Entry No. 80), December 28, 2011 (Docket Entry No. 126), June 12, 2012 (Docket Entry No. 170) and July 30, 2012 (Docket Entry No. 181), which were filed in opposition to prior requests for bond modification, the government opposes the pending request by the defendant for permission to visit his mother on August 9, 2012, and August 16, 2012.  Although the defendant's submission includes a doctor's letter stating that the defendant's mother has medical conditions that affect her ability to travel, the submission does not establish any particular reason for the requested visits other than ordinary social interaction between him and his mother.  Therefore, the government respectfully submits that the difficulties inherent in monitoring the defendant outweigh any

2

need for him to makes visits on the aforementioned dates, and the request should be denied.

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                            By:     /s/
                                      Allon Lifshitz
                                      Amanda Hector
                                      Assistant U.S. Attorneys
                                      (718) 254-6164/6212

cc:  Gerald J. McMahon, Esq. (by ECF)
     Clerk of the Court (KAM) (by ECF)