UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,  :  11 Cr. 31 (S-1) (KAM)

:

     -against-  :  **NOTICE OF CROSS-MOTION**
                                                       **TO DISMISS INDICTMENT**

:

NEIL MESSINA,  :

         Defendant.  :

--------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying declaration of Gerald J. McMahon, duly executed on the 16th day of February, 2014, and the accompanying memorandum of law, defendant Neil Messina will cross-move this Court, before the Honorable Kiyo A. Matsumoto, Courtroom 6G North, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, at 9 a.m. on February 18, 2014, for an order:

    1. Pursuant to the Due Process Clause of the Fifth Amendment to the United States Constitution, dismissing the indictment because of outrageous government misconduct;

    2. Alternatively, precluding the government from calling cooperating witness William Caroleo at the scheduled *Fatico* Hearing for defendant; and

    3. Granting defendant Neil Messina such other and further relief as the Court deems just and proper.

Dated: New York, New York
February 16, 2014

                              Respectfully submitted,

                              /s/     *Gerald J. McMahon*
                              Gerald J. McMahon, Esq.
                              *Attorney for Defendant Neil Messina*
                              The Standard Oil Building
                              26 Broadway, 18th Floor
                              New York, New York 10004
                              (212) 797-1877 (tel)
                              (212) 797-1419 (fax)
                              gm@geraldjmcmahon.com (e-mail)

To:    All Counsel
        (By ECF)

doc135